UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA THOMPSON, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>    - against -<br><br>SCHWAN'S CONSUMER BRANDS, INC.,<br><br>             Defendant | 1:24-cv-00831-CM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff and Defendant, through counsel, stipulate that all of Plaintiff's claims against Defendant in this lawsuit should be dismissed, with prejudice pursuant to Federal Rules of Civil Procedure 21 and 41, and the Court's inherent authority, and the claims of the proposed class should be dismissed without prejudice. Each party shall bear its own costs and fees.

Dated:      January 8, 2025

                                                  Respectfully submitted,

Foley Hoag LLP                                  Sheehan & Associates, P.C.

_/s/ August T. Horvath_                            _/s/ Spencer Sheehan_
August T. Horvath                                 Spencer Sheehan
Mital B. Patel
1301 Ave of the Americas 25 Fl            60 Cuttermill Rd Ste 412
New York, New York 10019               Great Neck NY 11021
Tel: (212) 812-0344                            Tel: (516) 268-7080
ahorvath@foleyhoag.com                 spencer@spencersheehan.com
mpatel@foleyhoag.com

_Attorneys for Defendant_                          _Attorneys for Plaintiff_