# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CASSANDRA THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>SCHWAN'S CONSUMER BRANDS, INC.,<br><br>Defendant | 1:24-cv-00831-CM<br><br><br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Cassandra Thompson, by and through her counsel, and Defendant Schwan's Consumer Brands, Inc., by and through its counsel, having filed their Stipulation For Dismissal With Prejudice of Plaintiff Cassandra Thompson, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that the claims of Plaintiff Cassandra Thompson are dismissed with prejudice, and the claims of the proposed class are dismissed without prejudice. Each party shall bear its own costs and fees.

Dated: _____
New York, New York

_____
Hon. Colleen McMahon
United States District Judge